No. ——. Original. *Ex parte:* IN THE MATTER OF CHARLES W. COON, PETITIONER. Submitted October 8, 1918. Decided October 21, 1918. Motion for leave to file petition for writ of *habeas corpus* denied. *Mr. Charles W. Coon pro se.*

———

No. 615. COUNTY OF ROCK ISLAND ET AL. *v.* EDMUND M. DUNNE, CATHOLIC BISHOP OF THE DIOCESE OF PEORIA. Error to the Supreme Court of the State of Illinois. Motion to dismiss or affirm submitted October 14, 1918. Decided October 28, 1918. *Per Curiam.* Dismissed for the want of jurisdiction upon the authority of (1) *Cuyahoga River Power Co.* v. *Northern Realty Co.,* 244 U. S. 300, 303; *Bilby* v. *Stewart,* 246 U. S. 255. (2) *Equitable Life Assurance Society* v. *Brown,* 187 U. S. 308, 314; *Consolidated Turnpike Co.* v. *Norfolk &c. Ry. Co.,* 228 U. S. 596, 600; *Brolan* v. *United States,* 236 U. S. 216, 218. *Mr. C. J. Searle* for plaintiffs in error. *Mr. George I. Haight* and *Mr. J. T. Kenworthy* for defendant in error.